# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL OSORNIO,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br>IEHP,<br>　　　　Defendant. | EDCV 18-1781 DSF (SHKx)<br><br>Order REMANDING Case |

　　Aside from the procedural irregularity that Plaintiff has removed her own case, it is apparent on the face of the complaint that there is no subject matter jurisdiction in this Court. Plaintiff makes no specific allegation of jurisdiction. There is no federal claim alleged. Both Plaintiff and Defendant appear to be California citizens. Therefore, there is no diversity jurisdiction.

　　The case is REMANDED to the Superior Court of California, County of San Bernardino.

　　IT IS SO ORDERED.

Date:　9/5/18

_____
Dale S. Fischer
United States District Judge